384 A.2d 984

Commonwealth, Appellant, v. Costopoulos.

Argued November 14, 1977. C. Joseph Rehkamp, District Attorney, for Commonwealth, appellant; J. Wesley Oler, Jr., with him William C. Kollas, for appellee.

Order affirmed.